IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ZAID A M ALYAMANI, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-51-KC |
| § | |
| PAMELA BONDI et al., § | |
| § | |
| Respondents. § | |

# ORDER

On this day, the Court considered the case. Zaid A M Alyamani, a Palestinian national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus ("Petition"), ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 6, in opposition to Alyamani's Petition.

Respondents argue that Alyamani's "continued post-order detention is permitted by statute and comports with due process" because his "removal is likely in the foreseeable future." Resp. 1, 4. In support, they submit the Declaration of Acting Assistant Field Office Director Maria E. Estrada, ECF No. 6-1. Estrada states that "ICE-ERO does not need an Israeli document for Petitioner" because he "has a valid Palestine passport and would be amenable to removal on a special charter." Decl. Maria E. Estrada ("Estrada Decl.") ¶¶ 23–25. According to Estrada, "ICE requests permissions [sic] from Israel to transit Petitioner from an airport in Israel to the West Bank or Gaza." *Id.* ¶ 23. And "[s]pecial charter flights to Israel are scheduled to occur within the next couple of months." *Id.* ¶ 24.

Given that removal of Alyamani to the West Bank or Gaza through Israel would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than February 27, 2026**, detailing the following:

(1) whether the request for permission to send Alyamani on a charter flight was made to Israel, and if so, the date on which the request was made;

(2) whether Israel responded to the request for permission, and if so, the date and content of its response;

(3) if Israel has granted permission, whether Alyamani's passage on a charter flight has been scheduled, and if so, the scheduled date for the charter flight; and

(4) if Israel has not granted permission, whether any third countries have been identified for removal and the concrete steps taken to obtain travel documents for Alyamani from those third countries.

**SO ORDERED.**

SIGNED this 27th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE